**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| **IN RE:  HUNTER MATTHEW BURROUGHS** | **CASE NO.:   5:24-bk-70106** |
| Debtor | (Chapter 7) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

Geoffrey B. Treece of the law firm of Quattlebaum, Grooms & PLLC, hereby enters his appearance on behalf of GPB Debt Holdings II, LLC, assignee of Health-Right Discoveries, Inc., in this proceeding. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number.

> QUATTLEBAUM, GROOMS & TULL
> 111 Center Street, Suite 1900
> Little Rock, AR 72201
> Telephone:   501.379.1735 (Direct)
> Facsimile:    501.379.1701 (Direct)
> Email:           gtreece@qgtlaw.com
>
> By: /s/ Geoffrey B. Treece
>       Geoffrey B. Treece (AR 84146)
>
> *Attorneys for GPB Debt Holdings II, LLC*

2

## CERTIFICATE OF SERVICE

I, Geoffrey B. Treece, do hereby certify that a true and correct copy of the foregoing was served on this 30th day of January, 2024 by the Court's electronic noticing system, to the following parties:

Stanley V. Bond
Bond Law Office
Attorney for Debtor

Hamilton Mitchell
Ch. 7 Trustee

United States Trustee

                                                    /s/ Geoffrey B. Treece
                                                    Geoffrey B. Treece